# United States District Court

_____ DISTRICT OF _____

CENTURY 21 REAL ESTATE CORPORATION,

    Plaintiff,

v.

REEDOM HOLDING, INC. f/n/a REEDOM
REALTY, INC., d/b/a CENTURY 21 REEDOM
REALTY, INC., and CSABA A. FERENCZI,

    Defendants.
_____/

**SUMMONS IN A CIVIL ACTION**

CASE NO. CIV-LENARD

00-6205

TO:   **Csaba Ferenczi, Individually**
      917 North Federal Highway, Suite 400
      Hollywood, Florida 33020

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon

      WILLLIAM E. DAVIS, ESQ.
      BUCHANAN INGERSOLL PROFESSIONAL CORPORATION
      2100 NATIONSBANK TOWER
      100 S.E. 2ND STREET
      MIAMI, FLORIDA 33131

an answer to the complaint which is herewith served upon you, within ___90___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

_____      FEB 1 0 2000
CLERK                                            DATE

_____
BY DEPUTY CLERK

