# United States District Court

_____ DISTRICT OF _____

CENTURY 21 REAL ESTATE CORPORATION,

    Plaintiff,

v.

REEDOM HOLDING, INC. f/n/a REEDOM
REALTY, INC., d/b/a CENTURY 21 REEDOM
REALTY, INC., and CSABA A. FERENCZI,

    Defendants.
_____/

**SUMMONS IN A CIVIL ACTION**

CASE NO.

**00-6205**

TO: **Martin G. Brooks, P.A.,**
    **as Registered Agent of Reedom Holding, Inc. f/k/a Reedom, Inc.**
    917 North Federal Highway, Suite 400
    Hollywood, Florida 33020

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon

    WILLLIAM E. DAVIS, ESQ.
    BUCHANAN INGERSOLL PROFESSIONAL CORPORATION
    2100 NATIONSBANK TOWER
    100 S.E. 2ND STREET
    MIAMI, FLORIDA 33131

an answer to the complaint which is herewith served upon you, within ____30____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

Clarence Maddox            FEB 1 0 2000
_____       _____
CLERK                                 DATE

_____
BY DEPUTY CLERK