# RETURN OF SERVICE

## UNITED STATES DISTRICT COURT
## SOUTHERN District of FLORIDA

Case Number: 00-6205-CIV

Plaintiff:
**CENTURY 21 REAL ESTATE CORPORATION**

vs.

Defendant:
**REEDOM HOLDING, INC. f/n/a REEDOM REALTY, INC, d/b/a CENTURY 21 REEDOM REALTY, INC. and CSABA A. FERENCZI**

For:
William E. Davis, Esq.
BUCHANAN INGERSOLL P.C.
100 S.E. 2nd Street
Suite 2950
Miami FL 33131

Received by OJF SERVICES on the **10th day of February, 2000** at **7:01 pm** to be served on **CSABA FERENCZI C/O MARK GOLDBERG, ESQ. 10000 STIRLING ROAD, #100, COOPER CITY, FL.**.

I, John L. McLean, do hereby affirm that on the **13th day of March, 2000** at **10:45 am**, I:

INDIVIDUALLY SERVED the within named person with a true copy of this **Summons and Complaint** with the date and hour endorsed thereon by me. and informing said person of the contents thereof.

**Comments pertaining to this Service:**
914 N. FEDERAL HIGHWAY AND 450 N. PARK RD. WAS ALSO ATTEMPTED.

I do hereby certify that I have no interest in the above action, that I am over the age of eighteen, and that I am a certified process server in the circuit in which it was served. "Under penalty of perjury, I declare that I have read the foregoing (document) and that the facts stated in it are true.

John L. McLean
Sps #349

OJF SERVICES
13727 S.W. 152nd Street
P.M.B. 354
Miami, FL  33177
(305) 238-7300
Our Job Serial Number: 2000001667

Copyright © 1992-1999 Database Services, Inc - Process Server's Toolbox V5 3c

# United States District Court

─────────── DISTRICT OF ───────────

CENTURY 21 REAL ESTATE CORPORATION,

    Plaintiff,

v.

REEDOM HOLDING, INC. f/n/a REEDOM REALTY, INC., d/b/a CENTURY 21 REEDOM REALTY, INC., and CSABA A. FERENCZI,

    Defendants.
_____/

**SUMMONS IN A CIVIL ACTION**

CASE NO. **CIV-LENARD**

**00-6205**

MAGISTRATE JUDGE
TURNOFF

*C/o Mark Goldberg*
*3-13-00*
*10:45 A*

*10000 Stirling Rd #349*
*$100*
*Cooper City, FL*

TO: Csaba Ferenczi, Individually
~~917 North Federal Highway,~~ Suite 400
Hollywood, Florida 33020

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon

WILLLIAM E. DAVIS, ESQ.
BUCHANAN INGERSOLL PROFESSIONAL CORPORATION
2100 NATIONSBANK TOWER
100 S.E. 2ND STREET
MIAMI, FLORIDA 33131

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

Clarence Maddox
_____
CLERK

FEB 1 0 2000
_____
DATE

_[signature]_
BY DEPUTY CLERK

20-1667