# RETURN OF SERVICE

UNITED STATES DISTRICT COURT
SOUTHERN District of FLORIDA

Case Number: 00-6205-CIV

Plaintiff:
**CENTURY 21 REAL ESTATE CORPORATION**

vs.

Defendant:
**REEDOM HOLDING, INC. f/n/a REEDOM REALTY, INC, d/b/a CENTURY 21 REEDOM REALTY, INC. and CSABA A. FERENCZI**

For:
William E. Davis, Esq.
BUCHANAN INGERSOLL P.C.
100 S.E. 2nd Street
Suite 2950
Miami FL 33131

Received by OJF SERVICES on the **10th day of February, 2000** at **7:00 pm** to be served on **FEEDOM HOLDING INC. F/K/A REEDOM INC. C/O MARK GOLDBERG, ESQ. 10000 STIRLING RD., #100, COOPER CITY, FL.**.

I, John L. McLean, do hereby affirm that on the **13th day of March, 2000** at **10:45 am, I:**

SERVED the within named CORPORATION by delivering a true copy of the **Summons and Complaint** with the date and hour of service endorsed thereon by me to MARK GOLDBERG, ESQ. as ATTORNEY FOR THE COMPANY of the within named corporation.and informing said person of the contents thereof.

I do hereby certify that I have no interest in the above action, that I am over the age of eighteen, and that I am a certified process server in the circuit in which it was served. "Under penalty of perjury, I declare that I have read the foregoing (document) and that the facts stated in it are true.

John L. McLean
Sps #349

OJF SERVICES
13727 S.W. 152nd Street
P.M.B. 354
Miami, FL 33177
(305) 238-7300
Our Job Serial Number: 2000001666

Copyright © 1992-1999 Database Services, Inc. - Process Server's Toolbox V5.3c

# United States District Court

_____ DISTRICT OF _____

CENTURY 21 REAL ESTATE CORPORATION,

    Plaintiff,

v.

REEDOM HOLDING, INC. f/n/a REEDOM
REALTY, INC., d/b/a CENTURY 21 REEDOM
REALTY, INC., and CSABA A. FERENCZI,

    Defendants.
_____/

**SUMMONS IN A CIVIL ACTION**

CASE NO. **CIV-LENARD**

**00-6205**

MAGISTRATE JUDGE
TURNOFF

c/o Mark Goldberg  3-13-00
10:45A  #349

10000 Stirling Rd #100
Cooper City, FL

TO: Martin G. Brooks, P.A.,
    as Registered Agent of Reedom Holding, Inc. f/k/a Reedom, Inc.
    917 North Federal Highway, Suite 400
    Hollywood, Florida 33020

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon

    WILLLIAM E. DAVIS, ESQ.
    BUCHANAN INGERSOLL PROFESSIONAL CORPORATION
    2100 NATIONSBANK TOWER
    100 S.E. 2ND STREET
    MIAMI, FLORIDA 33131

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

Clarence Maddox          FEB 1 0 2000
_____    _____
CLERK                                        DATE

_____
BY DEPUTY CLERK

20-1664