UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 00-6205-CIV-LENARD/TURNOFF

**CENTURY 21 REAL ESTATE CORPORATION,**

Plaintiff(s),

vs.

**REEDOM HOLDING, INC., f/k/a REEDOM REALTY, INC., d/b/a CENTURY 21 REEDOM REALY INC., and CSABA A. FERENCZI,**

Defendant(s).



## ORDER TO SHOW CAUSE

THIS CAUSE came before the Court sua sponte. On examination of the record, it is hereby,

**ORDERED AND ADJUDGED** as follows:

1. Pursuant to S.D. Fla. L.R. 41.1 "[c]ivil actions not at issue which have been pending without any proceedings having been taken therein for more than three months may be dismissed for want of prosecution by the Court on its own motion after notice to counsel of record."

2. The last paper filed in the instant case was filed on **March 21, 2000.**

3. On or before 15 days from the date of this Order, the parties shall SHOW CAUSE why this action should not be dismissed for lack of prosecution.

4. **Failure to comply with this order will result in the dismissal of this action.**

**DONE AND ORDERED** in Chambers at Miami, Florida this 22 day of June, 2000.

JOAN A. LENARD
UNITED STATES DISTRICT JUDGE

cc:   U. S. Magistrate William C. Hoeveler

William E. Davis, Esq.
Buchaan Ingersoll, P.C.
100 S.E. 2nd Street, Suite 2950
Miami, FL 33131