UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

Case No.: 00-6205 CIV LENARD

CENTURY 21 REAL ESTATE
CORPORATION,
a Delaware corporation,

    Plaintiff,

v.

REEDOM HOLDING, INC., f/n/a
REEDOM, INC., d/b/a CENTURY 21
REEDOM REALTY, INC. and CSABA
FERENCZI,

    Defendants.

**PLAINTIFF'S RESPONSE TO ORDER TO SHOW CAUSE AND NOTICE OF GOOD CAUSE AS TO WHY THIS ACTION SHOULD NOT BE DISMISSED**

Plaintiff, Century 21 Real Estate Corporation ("Century 21"), by and through its undersigned counsel, hereby files its Response to Order to Show Cause issued by this Court on June 22, 2000. Century 21 respectfully requests this Court extend the time for defendants to respond to Century 21's Verified Complaint for 30 days pending settlement. In support thereof, Century 21 states as follows:

1. Century 21 filed this action against Defendants, Reedom Holding, Inc., and Csaba Ferenczi on February 10, 2000.

2. Both defendants were served on March 13, 2000. Accordingly, their responses to Century 21's Verified Complaint were due on or before April 2, 2000.



CASE NO. 00-6205-CIV-LEONARD

3.   Prior to the date that defendants' responses were due, undersigned and counsel for defendants, Mark Goldberg, Esq., began settlement negotiations in an attempt to resolve this matter. Accordingly, the parties agreed to extend the time for defendants to respond to Century 21's Verified Complaint during the settlement negotiations.

4.   Century 21 and defendants have reached a tentative settlement agreement. However, because defendant, Reedom Holding, Inc., recently filed for bankruptcy, the parties are awaiting approval of the settlement proposal from Reedom Holding, Inc.'s receiver prior to finalizing the settlement.

5.   On June 22, 2000, this Court entered an Order to Show Cause pursuant to S.D.Fla. Local Rule 41.1, requiring Century 21 to respond as to why this action should not be dismissed.

6.   Century 21 respectfully requests this Court grant Century 21 an additional 30 days to either file a Notice of Settlement with the Court or proceed with this case.

CASE NO. 00-6205-CIV-LEONARD

Respectfully Submitted,

BUCHANAN INGERSOLL, P.C.
100 Southeast Second Street
2100 NationsBank Tower
Miami, Florida 33131-2150
(305) 347-4080
daviswe@bipc.com

By: _____
WILLIAM E. DAVIS, ESQ.
Florida Bar No. 191680

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing was mailed this 6 day of July, 2000 to: Mark Goldberg, Esq., Hartman & Goldberg, 10000 Stirling Road, Suite 1, Cooper City, Florida 33024-8038

By: _____
WILLIAM E. DAVIS, ESQ.