UNTIED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE Nº. 00-6205 CIV LENARD

CENTURY 21 REAL ESTATE
CORPORATION,

       Plaintiff,

vs.

REEDOM HOLDING, INC.,
f/n/a REEDOM REALTY, INC,
d/b/a CENTURY 21 REEDOM
REALTY, INC., and CSABA
FERENCZI,

       Defendants.
_____/

**NON-COMPLIANCE OF S.D. fla. L.R. 5.16**

**ANSWER**

    Defendants, REEDOM HOLDING, INC., CENTURY 21 REEDOM REALTY, INC., and CSABA FERENCZI hereby file their Answer to the Verified Complaint and state:

1. Without knowledge and therefore denied.

2. Admitted.

3. Admitted.

4. Without knowledge and therefore denied.

5. Without knowledge and therefore denied.

6. Without knowledge and therefore denied.

7. Without knowledge and therefore denied.

8. Without knowledge and therefore denied.

9. Without knowledge and therefore denied.

10. Without knowledge and therefore denied.



11. Without knowledge and therefore denied.

12. Without knowledge and therefore denied.

13. Without knowledge and therefore denied.

14. Without knowledge and therefore denied.

15. Admitted.

16. Admitted.

17. Admitted.

18. Admitted.

19. Admitted.

20. Admitted.

21. Admitted.

22. Admitted.

23. Admitted.

24. Admitted.

25. Admitted.

26. Denied.

27. Denied

28. Without knowledge and therefore denied.

29. Without knowledge and therefore denied.

30. Without knowledge and therefore denied.

31. Without knowledge and therefore denied.

32. Admitted.

33. Admitted.

34. Denied.

35. Denied

36. Defendants are without knowledge as to whether a post-termination inspection was conducted and deny the balance of the said allegation.

37. Without knowledge and therefore denied.

38. Denied.

39. Without knowledge and therefore denied.

40. Denied.

41. Without knowledge and therefore denied.

42. Defendants reaffirm and reallege their previous responses to numbered paragraphs 1 - 41.

43. Admitted.

44. Denied.

45. Admitted.

46. Denied.

47. Admitted.

48. Denied.

49. Denied.

50. Denied.

51. Denied.

52. Defendants admits that no previous injunctive relief has been awarded.

53. Defendants reaffirm and reallege their previous responses to numbered paragraphs 1 - 41.

54. Admitted.

55. Denied.

56. Denied.

57. Denied.

58. Denied.

59. Denied.

60. Without knowledge and therefore denied.

61. Defendants reaffirm and reallege their previous responses to numbered paragraphs 1 - 41.

62. Denied.

63. Denied.

64. Denied.

65. Denied.

66. Defendants reaffirm and reallege their previous responses to numbered paragraphs 1 - 41.

67. Denied.

68. Denied.

69. Denied.

70. Denied.

71. Defendants reaffirm and reallege their previous responses to numbered paragraphs 1 - 41.

72. Denied.

73. Denied.

74. Denied.

75. Admitted.

76. Admitted.

77. Admitted.

78. Any allegation not specifically admitted or otherwise responded to is hereby denied.

Wherefore, Defendants pray this court will dismiss Plaintiff complaint and award Defendants their reasonable attorney's fees and court costs incurred in defending this action.

I HEREBY CERTIFY that a true and correct copy of the above and foregoing has been provided by facsimile and U.S. Mail to William E. Davis, Buchannan Ingersoll, P.C., 100 S.E. 2nd Street, Suite 2100, Miami, FL 33131-2150 this 27th day of July, 2000.

HARTMAN & GOLDBERG
Attorneys for Defendants
10000 Stirling Road, Suite 1
Cooper City, FL 33024
Tel:  (954) 438-1000
Fax:  (954) 438-3000

By: _____
Mark H. Goldberg, Esquire
Florida Bar No. 289787