UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

| | |
|---|---|
| CENTURY 21 REAL ESTATE CORPORATION, a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>REEDOM HOLDING, INC., f/n/a REEDOM, INC., d/b/a CENTURY 21 REEDOM REALTY, INC. and CSABA FERENCZI,<br><br>Defendants. | CASE NO. 00-6205 CIV-LENARD/Turnoff |

## CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

Plaintiff, Century 21 Real Estate Corporation ("CENTURY 21"), hereby files its Certificate of Interested Persons pursuant to this Court's Order Referring Pretrial Discovery Motions to Magistrate, Order Directing Parties to File Certificates of Interested Parties and Joint Scheduling Report, dated August 3, 2000:

1.) the name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action - including subsidiaries, conglomerates, affiliates, parent corporations, publicly traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to any party in the case:

1. **Buchanan Ingersoll Professional Corporation**
2. **William E. Davis, Esq.**
3. **Jill A. Cook-Edwards, Esq.**
4. **Mark Goldberg, Esq.**
5. **Hartman & Goldberg**



**Additionally, please see attachment "A."**

2.) the name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of these proceedings:

**None.**

3.) the name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or twenty largest unsecured creditors) in bankruptcy cases:

**N/A.**

4.) the name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful. Including every person who may be entitled to restitution:

**CENTURY 21 Real Estate Corporation**

I HEREBY CERTIFY that, except as disclosed above, I am unaware of any actual or potential conflict of interest involving the district judge and magistrate judge assigned to this case, and will immediately notify the Court in writing on learning of any such conflict.

By: _____
WILLIAM E. DAVIS
Florida Bar No.:
JILL A. COOK-EDWARDS
Florida Bar No.: 115411
BUCHANAN INGERSOLL, P.C.
Attorneys for Defendant
CENTURY 21 Real Estate Corporation
2100 Bank of America Tower
100 Southeast 2nd Street
Miami, Florida 33131
(305) 347-4080
FAX: 347-4089

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true copy of the foregoing was mailed this 14 day of August, 2000 to: Mark Goldberg, Esq., Hartman & Goldberg, 10000 Stirling Road, Suite 1, Cooper City, Florida 33024-8038

William E. Davis

52888

ATTACHMENT "A"

1. Advance Ross Corporation
2. Advance Ross Electronics Corporation
3. Advance Ross Intermediate Corporation
4. Advance Ross Steel Company
5. Advance Ross Sub Company
6. Africa House Nominees Limited
7. AFS Mortgage
8. Apple Ridge Funding LLC
9. Apple Ridge Services Corporation
10. Aston Hotels & Resorts International, Inc.
11. Atrium Insurance Corporation
12. Avis Capital Corporation
13. B. Watson Realty, Inc.
14. Bassae Holding, B.V.
15. Beaconcross Limited
16. Beardmore Properties Limited
17. Benefit Consultants Membership, Inc.
18. Benefit Consultants, Inc.
19. Benima Holdings AS
20. Bishop's Gate Residential Mortgage Trust
21. Boardpost
22. Book Stacks Unlimited, Inc.
23. Broker's Marketing, Inc.
24. Cardwell Agency Inc.
25. Cendant Asia Pacific Pte. Limited
26. Cendant Assurances SARL
27. Cendant Australasia Limited
28. Cendant Auto Services, Inc.
29. Cendant Business Answers No. 2 Plc
30. Cendant Canada, Inc.
31. Cendant Capital II
32. Cendant Capital III
33. Cendant Capital IV
34. Cendant Capital V
35. Cendant Car Holdings, Inc.
36. Cendant Car Rental, Inc.
37. Cendant Corporation
38. Cendant Europe Limited
39. Cendant Finance
40. Cendant Finance Holding Corporation
41. Cendant Global Services, B.V.
42. Cendant Global Services, Inc.
43. Cendant Hebdo Holdings, LLC
44. Cendant Home Funding - Nebraska, L.L.C.

45. Cendant Home Funding, L.L.C.
46. Cendant Home Loans, LP
47. Cendant Hong Kong Ltd.
48. Cendant Iberia Membership Services SA
49. Cendant Incentives Incorporated
50. Cendant Intermediate Holdings, Inc.
51. Cendant International Assignment Services Asia Pacific Limited
52. Cendant International Holdings Limited
53. Cendant International Membership Services Ltd.
54. Cendant Internet Group, Inc.
55. Cendant Italia Membership Services SPA
56. Cendant Japan Co., Ltd.
57. Cendant Latin America Holdings, Inc.
58. Cendant Media L.L.C.
59. Cendant Membership Insurance Services, Inc.
60. Cendant Membership Services B.V.
61. Cendant Membership Services Holdings, Inc.
62. Cendant Membership Services Inc.
63. Cendant Mobility Financial Corporation
64. Cendant Mobility Funding Corporation
65. Cendant Mobility Puerto Rico Corporation
66. Cendant Mobility Real Property Services Corporation
67. Cendant Mobility Services Corporation
68. Cendant Mortgage Corporation
69. Cendant Nordic Customer Services Aps
70. Cendant Nordic Membership Services AB
71. Cendant Nordic Membership Services AS (Denmark)
72. Cendant Nordic Membership Services AS (Norway)
73. Cendant Nordic Membership Services OY AB (FINLAND)
74. Cendant Operations, Inc.
75. Cendant Payroll Services, Inc.
76. Cendant Perfume Holdings, Inc.
77. Cendant Perfume, Ltd.
78. Cendant Philippines Inc.
79. Cendant Preferred Mortgage, L.L.C.
80. Cendant Property Services Ltd.
81. Cendant Property Services No. 2 Ltd.
82. Cendant Publishing, Inc.
83. Cendant Relocation (UK) Limited
84. Cendant Relocation Holdings Limited
85. Cendant Relocation Plc
86. Cendant Restaurant Services, Inc.
87. Cendant South Africa Membership Services (PTY) Ltd.
88. Cendant Stock Corporation
89. Cendant Strategic Marketing GmbH
90. Cendant Supplier Services, Inc.

91. Cendant Transportation Corp.
92. Cendant Travel Italia srl
93. Cendant Travel, Inc.
94. Cendant Voyages SARL
95. CendantCom, Inc.
96. Century 21 Mortgage Corporation
97. CGRN, Inc.
98. Cleveland Financial Services Group
99. Club Resorts International Ltd.
100. Coldwell Banker Canada Partners, Inc.
101. Coldwell Banker Corporation
102. Coldwell Banker Home Loans, LP
103. Coldwell Banker Mortgage Corporation
104. Coldwell Banker Mortgage Partners, Inc.
105. Coldwell Banker Real Estate Corporation
106. Coldwell Banker Real Estate Holdings, Inc.
107. Coldwell Banker Relocation Services Limited
108. Comp-U-Card Services, Inc.
109. Continental Development Corporation
110. Cornish & Carey Residential, Inc.
111. Credentials Services International, Inc.
112. Credit Card Sentinel Limited (UK)
113. Credit Card Sentinel Limited Sweden AB
114. Cresco Sport ApS
115. Cresco Sport AS Norge Filial
116. Cresco Sport OY
117. CRI Operations Limited
118. CUC Asia Holdings
119. Cupcake, Inc.
120. Days Inns Worldwide, Inc.
121. Dimeday Limited
122. Editoriale Secondamano S.R.L.
123. Electronic Realty Associates of Canada, Inc.
124. Entertaiment Publications Denmark AS
125. Entertainment Publications (Schweiz)
126. Entertainment Publications Belgie BVBA
127. Entertainment Publications de Mexico, S.A. de C.V.
128. Entertainment Publications France SARL
129. Entertainment Publications Limited
130. Entertainment Publications of'Argentina S.A.
131. Entertainment Publications Sweden AB
132. Entriks Holdings B.V.
133. Entriks Holland B.V.
134. ERA Franchise Systems, Inc.
135. ERA General Agency Corporation
136. ERA General Agency of New Jersey, Inc.

137. ERA Mortgage Corporation
138. ERS Real Estate Services Ltd.
139. Europark (Midlands) Limited
140. Europark Srl
141. Europarks Plc
142. Europarks U.K. Limited
143. Excite, Inc.
144. Executrans Canada Limited
145. Extra Holidays, LLC
146. Fairbanks Systems Group
147. Fairtide Insurance Ltd.
148. Family Software Club, Inc.
149. Family Value Account, Inc.
150. Finsbury Square Car Park Limited
151. FISI*Madison Financial Corporation
152. FISI*Madison Financial Corporation of Kentucky, Inc.
153. FISI*Madison Holdings, Inc.
154. FISI*Madison L.L.C.
155. Getko Direct Response Ltd.
156. Getko of Canada Ltd.
157. Global Car Parks Limited
158. Go2Systems, Inc.
159. Gosling (Shipping) Limited
160. GTKY Printing & Mailing Corp.
161. Haddonfield Holding Corporation
162. Hamera Corp.
163. Hanmead Limited
164. Hebdo Mag Cendant Holdings B.V.
165. Hebdo Mag Overseas Holdings, Inc.
166. Hewfant, Inc.
167. HFS Car Rental Holdings, Inc.
168. HFS Dublin Unlimited
169. HFS Gaming Corp.
170. HFS Licensing, Inc.
171. HFS Mobility Services Inc.
172. HFS New York Corp.
173. Hospitality Technology Trust
174. Housenet, Inc.
175. Howard Johnson International, Inc.
176. Ideon Group, Inc.
177. Instamortgage.com Corporation
178. Intercambios Endless Vacation IEV, Inc.
179. IP Development Corp.
180. Irish Car Parks Limited
181. J.W. Geckle Trust
182. Jackson Hewitt Inc.

183. John Matthews Properties Limited
184. Jon Douglas Company
185. Joseph J. Murphy Realty, Inc.
186. Knights Franchise Systems, Inc.
187. LaunchPad Technologies, Inc.
188. Long Term Preferred Care Insurance Services of Nevada, Inc.
189. Long Term Preferred Care of North Carolina, Inc.
190. Long Term Preferred Care, Inc.
191. MAC Car Parks (UK) Limited
192. McGarvey-Clark Realty, Inc.
193. MCM Group, Ltd.
194. Membership Services Nordic AS
195. Metro Financial Services, Inc.
196. Metro Real Estate Services, Inc.
197. Mobility Funding Corporation
198. MortgageSave.com Corporation
199. Move.com Mortgage, Inc.
200. Move.com Operations, Inc.
201. Move.com, Inc.
202. MS Part Exchange Properties Ltd.
203. National Car Parks Limited
204. National Home Connections, LLC
205. National Library of Poetry Corp.
206. National Parking Corporation Limited
207. National Breakdown Recovery Services Ltd.
208. NCP East Anglia Development Limited
209. NCP Holdings Limited
210. NCP London Central City Limited
211. NCP London Central Development Limited
212. NCP London Soho Limited
213. NCP London West Development Limited
214. NCP London West Limited
215. NCP Midlands Development Limited
216. NCP Midlands Limited
217. NCP North East Development Limited
218. NCP North East Limited
219. NCP North West Development Limited
220. NCP North West Limited
221. NCP Northern Ireland Limited
222. NCP Overseas Holdings Limited
223. NCP Property Management Limited
224. NCP Scotland Limited
225. NCP South East & East Anglia Limited
226. NCP South England Limited
227. NCP South West & Wales Development Limited
228. NCP South West & Wales Limited

229. Nets Inc.
230. Nisbet Corporation
231. Non-Residential Assets LLC
232. Numa Affinity Group, L.L.C.
233. Numa Corporation
234. P.T. Resort Condominiums International Indonesia
235. Parkers Kiosks Limited
236. Parking International Limited
237. Parking Management (Investments) Limited
238. Parking Management Limited
239. Parking Security Services Limited
240. Paul Street Garage Limited
241. Personal Support BV
242. Peterson Howell & Heather (UK) Limited
243. PHH Auto Finance Corporation
244. PHH Broker Partner Corporation
245. PHH Broker Partner II Corporation
246. PHH Corporation
247. PHH do Brasil Participacoes Ltda. Dublin
248. PHH Dublin Unlimited
249. PHH Financial Services, Inc.
250. PHH Foundation, Inc.
251. PHH Funding Corporation
252. PHH Holdings Corporation
253. PHH Homequity Ltd.
254. PHH Ideal Ltd.
255. PHH Independent Financial Advisors Ltd.
256. PHH Insurance Broking Services Ltd.
257. PHH Leasing (No. 12) Limited
258. PHH Limited
259. PHH Mexico Corporation
260. PHH Mortgage Services Corporation
261. PHH Network Services S.A. de C.V.
262. PHH Services Limited
263. PHH Services, B.V.
264. Podley Doan, Inc.
265. Point (Jersey) I Ltd.
266. Point (Jersey) II Ltd.
267. Point (Jersey) III Ltd.
268. Pointeuro II Limited
269. Pointeuro III
270. Pointeuro V Limited
271. Pointlux S.a.r.l.
272. Pointscott
273. Pointspec Limited
274. Preferred Care Agency, Inc.

275. Private Business, Inc.
276. Property Resources Group Holding, Inc.
277. Property Resources Group, Inc.
278. Ramada Franchise Systems, Inc.
279. RCI (Deutchland) GMBH
280. RCI (Portugal) Viagense Turismo, Limitada
281. RCI Argentina, Inc.
282. RCI Asia-Pacific Pte. Ltd.
283. RCI Australasia Travel, Inc.
284. RCI Australasia, Inc.
285. RCI Benelux S.A.
286. RCI Brasil Ltda.
287. RCI Call Centre (Ireland) Limited
288. RCI Canada, Inc.
289. RCI Cayman, Ltd.
290. RCI Chile, Inc.
291. RCI Colombia, Inc.
292. RCI Consulting, Inc.
293. RCI Egypt, Ltd.
294. RCI Espana S.A.
295. RCI Europe
296. RCI Europe Service Limited
297. RCI Finland OY
298. RCI France S.A.R.L.
299. RCI General Holdco 1, Inc.
300. RCI General Holdco 2, Inc.
301. RCI Golf,.LLC
302. RCI Greece S.A.
303. RCI India Pvt. Ltd.
304. RCI Italia SRL
305. RCI Japan K.K.
306. RCI Korea, Inc.
307. RCI Malaysia, Inc.
308. RCI Management, Inc.
309. RCI Middle East E.C.
310. RCI Oceania Pty. Ltd.
311. RCI Russia, Inc.
312. RCI Scandinavia A/S
313. RCI Services - Bermuda Ltd.
314. RCI Servicos De Intercambio Turistico, Limitada
315. RCI Technology Corp.
316. RCI Thailand, Inc.
317. RCI Tourism Development (India) Ltd.
318. RCI Travel C.A.
319. RCI Travel Pte. Ltd.
320. RCI Travel, Inc.

321. Regent Lion Properties Limited
322. Rent Net, Inc.
323. Residential Equity LLC
324. Resort Computer Corporation
325. Resort Condominiums International de Mexico S. De R.L. De C.V.
326. Resort Condominiums International de Venezuela, C.A.
327. Resort Condominiums International, LLC
328. Resort Connections, Inc.
329. Resort Parks International Limited
330. SafeCard Services Insurance Company
331. SafeCard Services, Incorporated
332. SaveSmart, Inc.
333. Season Acquisition Corp.
334. Seville Properties, Inc.
335. ShareWave, Inc.
336. Shoppers Advantage, Inc.
337. Smalton Investments Limited
338. Speedy Title & Appraisal Review Services Corporation
339. Sports Forvalmigen i Sverige AB
340. Super 8 Motels, Inc.
341. Tam-Bay Realty, Inc.
342. Tax Services of America, Inc.
343. Terra Properties Beaverton, Inc.
344. Terra Properties Lake Oswego, Inc.
345. Terra Properties Milwaukee, Inc.
346. Terra Properties, Inc.
347. The Home Mortgage Network, Limited Parmership
348. The Leisure Corporation Limited
349. THMN, Inc.
350. Timeshare Holding Co., LLC
351. TM Acquisition Corp.
352. Town Car Parks Limited
353. Townway Construction and Development Limited
354. Travel Club S.A.
355. Travelodge Hotels, Inc.
356. U.S. Tax Refund Service, Ltd.
357. Uintah Basin, Inc.
358. United Bank Club Association, Inc.
359. Vacation Care (Israel) Inc.
360.   Vacation Care Computing, Ltd.
361.   Villager Franchise Systems, Inc.
362.   Welcome Wagon International Inc.
363.   West Shell Inc of Indiana
364.   West Shell, Inc.
365.   West Shell, Inc. of Kentucky
366.   Whitfield-Bernhardt, Inc.

367. Wingate Financial, LLC
368. Wingate Inns International, Inc.
369. Wings of Freedom Service Corporation
370. Wings of Freedom, Inc.
371. Wired Ventures, Inc.
372. Wizard Co., Inc.
373. WIZCOM INTERNATIONAL, LTD.
374. Yeartol Limited