UNTIED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

FILED BY _____

00 AUG 23 AM 9: 03

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

CASE N°. 00-6025 CIV BENARD
6205

CENTURY 21 REAL ESTATE
CORPORATION,

       Plaintiff,

vs.

REEDOM HOLDING, INC.,
f/n/a REEDOM REALTY, INC,
d/b/a CENTURY 21 REEDOM
REALTY, INC., and CSABA
FERENCZI,

       Defendants.
_____/

## CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

Defendants, REEDOM HOLDING, INC., f/n/a REEDOM REALTY, INC, d/b/a CENTURY 21 REEDOM REALTY, INC., and CSABA FERENCZI, hereby files its Certificate of Interested Persons pursuant to this Court's Order Referring Pretrial Discovery Motions to Magistrate, Order Directing Parties to File Certificates of Interested Parties and Joint Scheduling report, dated August 3, 2000:

1.    The name of each person, attorney, association of persons, firm, law firm, partnership and corporation that has or may have an interest in the outcome of this action - including subsidiaries, conglomerates, affiliates, parent corporations, publicly traded companies that own 10% or more of a party's stock, and all other identifiable legal entitles related to any party in the case:

1. Buchanan Ingersoll Professional Corporation
2. William E. Davis, Esquire
3. Jill Cook-Edwards, Esquire
4. Hartman & Goldberg
5. Mark H. Goldberg, Esquire
6. Reedom Holding, Inc.
7. Csaba Ferenczi a/k/a Csaba Barothy

2. The name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of these proceedings:

None.

3. The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or twenty largest unsecured creditors) in bankruptcy cases:

N/A

4. The name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful. Including every person who may be entitled to restitution:

CENTURY 21 Real Estate Corporation

I HEREBY CERTIFY that, except as disclosed above, I am unaware of any actual or potential conflict of interest involving the district judge and magistrate judge assigned to this case, and will immediately notify the Court in writing on learning of any such conflict.

HARTMAN & GOLDBERG
Attorneys for Defendants
10000 Stirling Road, Suite 1
Cooper City, FL 33024
Tel:  (954) 438-1000
Fax:  (954) 438-3000

By: _____
Mark H. Goldberg, Esquire
Florida Bar No. 289787

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the foregoing was mailed this 15 day of August, 2000 to: William E. Davis, Buchanan Ingersoll, PC, 0100 SE 2nd Street, Suite 2100, Miami, FL 33131.

By: _____
Mark H. Goldberg, Esquire