UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 00-6205-CIV-LENARD/TURNOFF

**CENTURY 21 REAL ESTATE CORPORATION,**

    Plaintiff(s),

vs.

**REEDOM HOLDING, INC., f/k/a REEDOM REALTY, INC., d/b/a CENTURY 21 REEDOM REALY INC., and CSABA A. FERENCZI,**

    Defendant(s).
_____/



### ORDER TO SHOW CAUSE

**THIS CAUSE** came before the Court <u>sua sponte</u>. On examination of the record, it is hereby

**ORDERED AND ADJUDGED** as follows:

1. On August 3, 2000, the Court issued an Order Referring Pretrial Discovery Motions to Magistrate, Order Directing Parties to File Certificates of Interested Parties and Joint Scheduling Report (D.E. #10).

2. To date, the parties have failed to submit a Joint Scheduling Report.

3. The parties shall have up to and including **4:30 p.m. on September 8, 2000** to file with the Court a Joint Scheduling Report.

4. **Failure to comply with this Order or to submit notice of good cause for failure to comply will subject the party or counsel to appropriate penalties, including but not limited to dismissal of the cause, or the striking of defenses and entry of judgment pursuant to S.D. Fla. L.R. 16.1M.**



**DONE AND ORDERED** in Chambers at Miami, Florida this 25 day of August, 2000.

```
                              JOAN A. LENARD
                              UNITED STATES DISTRICT JUDGE
```

cc:     U. S. Magistrate William C. Hoeveler

William E. Davis, Esq.
Buchaan Ingersoll, P.C.
100 S.E. 2nd Street, Suite 2950
Miami, FL 33131

Mark H. Goldberg, Esq.
10000 Stirling Road, Suite 1
Cooper City, FL 33024