UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CENTURY 21 REAL ESTATE
CORPORATION,
a Delaware corporation,

    Plaintiff,

v.

REEDOM HOLDING, INC., f/n/a
REEDOM, INC., d/b/a CENTURY 21
REEDOM REALTY, INC. and CSABA
FERENCZI,

    Defendants.

CASE NO. 00-6205 CIV-
LENARD/Turnoff

## JOINT SCHEDULING REPORT

The parties to this action, CENTURY 21 Real Estate Corporation, ("Plaintiff") and Reedom Holdings, Inc., f/n/a Reedom, Inc., d/b/a CENTURY 21 Reedom Realty, Inc., a Florida Corporation and Csaba Ferenczi, in his individual capacity, ("Defendants"), submit their Joint Scheduling Report to the Court pursuant to this Court's August 3, 2000 Order Directing Parties to File Joint Scheduling Report and Local Rule 16.1, and state as follows:

**Meeting of Parties**: Pursuant to Local Rule 16.1B, Jill A. Cook-Edwards, counsel for Plaintiff and Mark Goldberg, counsel for Defendants, conferred by telephone on **August 15, 2000**.

a.

    1.  **Discovery Plan -- Plaintiff**: The parties jointly propose the following Plaintiff's discovery plan: (A) Plaintiff will serve its discovery requests including Interrogatories, Requests for Admissions & Request for Production to Defendants on or before **December 15, 2000** or thereafter with appropriate leave of court; (B) Plaintiff will

notice all oral depositions of lay witnesses (non-experts) in this case for dates on or before **May 15, 2001**. Plaintiff may set and take one or more oral depositions, not to exceed ten total without appropriate leave of court; (C) Plaintiff's Fed.R.Civ.P. 26(a)(2) disclosure to Defendants will be due by **February 15, 2001** and Plaintiff's disclosure to Defendants of rebuttal expert witnesses will be due by **April 15, 2001**; (D) Plaintiff will furnish Defendants with a list of all fact witnesses intended to be called at trial by **January 15, 2001**; (E) Plaintiff will furnish its expert witness list to Defendants by **February 15, 2001**, and its 16.1K reports/summaries by **March 15, 2001**; (F) Plaintiff will commence all discovery in time for it to be completed on or before **July 15, 2001**.

2. **Discovery Plan -- Defendants**: (A) Defendants will serve its discovery requests including Requests for Admission, Interrogatories and Request for Production to Plaintiff on or before **December 15, 2000** or thereafter with appropriate leave of court; (B) Defendants will notice all oral depositions of lay witnesses (non-experts) in this case for dates on or before **May 15, 2001**. Defendants may set and take one or more oral depositions not to exceed ten total without leave of court; (C) Defendants' Fed.R.Civ.P. 26(a)(2) disclosure to Plaintiff will be due by **May 15, 2001**; (D) Defendants will furnish Plaintiff with a list of all fact witnesses intended to be called at trial by **January 15, 2001**; (E) Defendants will furnish their expert witness list to Plaintiff by **February 15, 2001**, and its 16.1K reports/summaries by **March 15, 2001**; (F) Defendants will commence all discovery in time for it to be completed on or before **July 15, 2001**.

b. **Likelihood of Settlement:** There is a good possibility of settlement. In fact, the parties have reached an agreement and are currently implementing the details of such agreement.

c. **Additional Parties:** It is unlikely that additional parties will appear in this action.

d. **Amendments:** The parties propose **July 15, 2001,** as the deadline on joining parties, amending pleadings, and completing discovery. The parties propose **September 1, 2001**, as the deadline for filing and hearing pre-trial dispositive motions, including motions in limine.

e. The parties propose the filing of a joint pre-trial stipulation in an effort to simplify the issues and eliminate frivolous claims and/or defenses.

f. It is unlikely that the parties will amend the pleadings. The parties propose **July 15, 2001**, as the deadline for amendments to the pleadings.

g. The parties agree that there is a good possibility that the parties will agree to the authenticity of documents involved in this matter and will not likely need advance rulings from the Court on the admissibility of evidence.

h. The parties propose the filing of a joint pre-trial stipulation in an effort to avoid unnecessary proof and of cumulative evidence.

i. The parties agree to confer on the advisability of referring matters to the Magistrate Judge as such matters occur.

j. The parties estimate that the trial of this matter will last 1 full day.

k. The parties propose **October 1, 2001**, as the date for the final pretrial conference and a trial date of **November 1, 2001.**

l. The parties propose **August 15, 2001,** as the deadline for mediation.

Buchanan Ingersoll, PC □ 100 SE 2nd Street, Suite 2100 □ Miami, FL 33131-2150 □ (305) 347-4080

DATED: August 28, 2000.

| | |
|---|---|
| BUCHANAN INGERSOLL, P.C.<br>ATTORNEYS FOR PLAINTIFF<br>2100 BANK OF AMERICA TOWER<br>100 SE SECOND STREET<br>MIAMI, FLORIDA 33131<br>(305) 347-4080<br>FAX: (305) 347-4089<br><br>_____<br>William E. Davis<br>Florida Bar No.: 191680<br>Jill A. Cook-Edwards<br>Florida Bar No.: 0115411 | HARTMAN & GOLDBERG<br>ATTORNEYS FOR DEFENDANT<br>10000 STIRLING ROAD, SUITE 1<br>COOPER CITY, FLORIDA 33024-8038<br><br><br><br>_____<br>Mark Goldberg, Esq.<br>Florida Bar No.: _____ |

DATED: August 28, 2000.

| | |
|---|---|
| BUCHANAN INGERSOLL, P.C.<br>ATTORNEYS FOR PLAINTIFF<br>2100 BANK OF AMERICA TOWER<br>100 SE SECOND STREET<br>MIAMI, FLORIDA 33131<br>(305) 347-4080<br>FAX: (305) 347-4089<br><br>_____<br>William E. Davis<br>Florida Bar No.: 191680<br>Jill A. Cook-Edwards<br>Florida Bar No.: 0115411 | HARTMAN & GOLDBERG<br>ATTORNEYS FOR DEFENDANT<br>10000 STIRLING ROAD, SUITE 1<br>COOPER CITY, FLORIDA 33024-8038<br><br>/s/ Mark Goldberg<br>Mark Goldberg, Esq.<br>Florida Bar No.: 282787 |

- 4 -