UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 00-6205-CIV-LENARD/TURNOFF

CENTURY 21 REAL ESTATE
CORPORATION,

    Plaintiff(s),

vs.

REEDOM HOLDING, INC., f/k/a
REEDOM REALTY, INC., d/b/a
CENTURY 21 REEDOM REALY
INC., and CSABA A. FERENCZI,

    Defendant(s).
_____/



## ORDER TO SHOW CAUSE

**THIS CAUSE** is before the Court <u>sua sponte</u>. On Examination of the record, it is hereby

**ORDERED AND ADJUDGED** as follows:

1. On September 7, 2000, The Court issued an Order of Referral to Mediation and Directing Plaintiff's Consel to Submit Proposed Order Scheduling Mediation (D.E. #16)

2.     To date, Plaintiff has failed to submit the proposed Order Scheduling Mediation.

3.     Plaintiff shall have up to and including **October 5, 2000** to file with the Clerk the proposed Order Scheduling Mediation.

**FAILURE TO COMPLY** with this Order will subject the party or counsel to appropriate penalties, including but not limited to dismissal of the cause, or the striking of defenses and entry of judgment pursuant to S.D. Fla. L.R. 16.1M.

**DONE AND ORDERED** in Chambers at Miami, Florida this 26 day of September, 2000.

                                            JOAN A. LENARD
                                            UNITED STATES DISTRICT JUDGE

cc:   U. S. Magistrate William C. Turnoff

William E. Davis, Esq.
Buchaan Ingersoll, P.C.
100 S.E. 2nd Street, Suite 2950
Miami, FL 33131

Mark H. Goldberg, Esq.
Hartman & Goldberg
10000 Stirling Road, Suite 1
Cooper City, FL 33024