UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

| | |
|---|---|
| CENTURY 21 REAL ESTATE CORPORATION, a Delaware corporation, | CASE NO. 00-6205 CIV-LENARD/Turnoff |
| Plaintiff, | |
| v. | |
| REEDOM HOLDING, INC., f/n/a REEDOM, INC., d/b/a CENTURY 21 REEDOM REALTY, INC. and CSABA FERENCZI, | |
| Defendants. | |

FILED by ___ D.C.
SEP 27 2000

## ORDER SCHEDULING MEDIATION

THE MEDIATION CONFERENCE in this matter shall be held with Laurie Reimer, Esq., on April 8, 2002 at 10:00 a.m. at Miami, Florida. This date has been agreed to by the Mediator and the Parties and shall not be rescheduled without leave of Court.

Within five (5) days following the mediation conference the mediator shall file a Mediation Report indicating whether all required parties were present. The report shall also indicate whether the case settled (in full or in part) was continued with the consent of the parties, or whether the mediator declared an impasse.

DONE AND ORDERED in Chambers at Miami, Florida, this 2̲7̲ day of September 2000.

JOAN A. LEONARD
UNITED STATES DISTRICT COURT JUDGE

**Copies furnished to:**
Jill Cook-Edwards
Mark Goldberg
U.S. Magistrate William C. Turnoff