UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CENTURY 21 REAL ESTATE
CORPORATION,
a Delaware corporation,

      Plaintiff,

v.

REEDOM HOLDING, INC., f/n/a
REEDOM REALTY, INC., d/b/a
CENTURY 21 REEDOM REALTY, INC.
and CSABA FERENCZI,

      Defendants.

CASE NO. 00-6205 CIV-LENARD

### PLAINTIFF CENTURY 21 REAL ESTATE CORPORATION'S
### NOTICE OF FILING THE PARTIES' STIPULATION FOR SETTLEMENT

Plaintiff, Century Corporation, hereby gives Notice of Filing the parties' Stipulation for Settlement in this cause.

I HEREBY CERTIFY that a true and correct copy of the above and foregoing was sent via U.S. Mail on this __3__ day of January, 2001, to: Mark Goldberg, Esq., Hartman & Goldberg, 10000 Stirling Road, Suite 1, Cooper City, Florida 33024-8038.

                      BUCHANAN INGERSOLL, P. C.
                      Attorneys for Plaintiff
                      2100 Bank of America Tower
                      100 Southeast Second Street
                      Miami, Florida 33131
                      Telephone: (305) 347-4080

By: _____
                      WILLIAM E. DAVIS, ESQ.
                      Florida Bar No. 191680
                      JILL A. COOK-EDWARDS
                      Florida Bar No.: 0115411