UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION



CENTURY 21 REAL ESTATE
CORPORATION,
a Delaware corporation,

   Plaintiff,

v.

REEDOM HOLDING, INC., f/n/a
REEDOM, INC., d/b/a CENTURY 21
REEDOM REALTY, INC. and CSABA
FERENCZI,

   Defendants.

CASE NO. 00-6205 CIV-LENARD

## STIPULATION OF SETTLEMENT

Plaintiff, Century 21 Real Estate Corporation ("CENTURY 21"), and Defendants, Reedom Holdings, Inc., f/n/a Reedom Realty, Inc., d/b/a CENTURY 21 Reedom Realty ("Reedom"), and Csaba Ferenczi ("Ferenczi"), hereby stipulate as follows:

1. This Stipulation represents the agreement entered into by the parties to resolve this action in its entirety.

2. The parties agree to the entry of a consent injunction in the form attached hereto as Exhibit A and incorporated herein by reference (the "Consent Injunction"). Reedom and Ferenczi further agree that the attached proposed Consent Injunction may be presented by CENTURY 21 to the Court for signature and entry without further notice.



CASE NO. 00-6205 CIV-LENARD

3. The parties agree to the entry of an order in the form attached hereto as Exhibit B. Pursuant to this proposed agreed order, the parties agree to the entry of an order

    (a)    dismissing this cause with prejudice;

    (b)    ordering the parties to comply with all of the provisions of the Consent Injunction;

    (c)    ordering the parties to execute mutual releases with regard to this matter, with the exception of the scope of the performances required under this Stipulation;

    (d)    ordering each party bearing its respective costs and attorneys' fees; and

    (e)    retaining jurisdiction over the parties to enforce the terms of the Consent Injunction and this Stipulation.

Dated this ___ day of ___, 2000.

APPROVED AS TO FORM:

_____
MARK GOLDBERG, ESQ.
Counsel for Reedom Holding, Inc.
f/n/a Reedom Realty, Inc., d/b/a
Century 21 Reedom Realty, Inc., and
Csaba Ferenczi

Dated this ___ day of ___, 2000.

APPROVED AS TO FORM:

_____
WILLIAM E. DAVIS, ESQ.
JILL A. COOK-EDWARDS, ESQ.
Counsel for Century 21 Real Estate
Corporation

2

CASE NO. 00-6205 CIV-LENARD

IN WITNESS WHEREOF, Csaba Ferenczi, on behalf Reedom Holding, Inc., f/n/a Reedom Realty, Inc., d/b/a Century 21 Reedom Realty, has caused this Stipulation to be duly executed this 27 day of December, 2000.

> REEDOM HOLDING, INC., F/K/A REEDOM REALTY, INC., D/B/A CENTURY 21 REEDOM REALTY
>
> BY ___Csaba Ferenczi___
> CSABA FERENCZI, PRESIDENT
> REEDOM HOLDING, INC., F/K/A REEDOM REALTY, INC., D/B/A CENTURY 21 REEDOM REALTY

STATE OF Florida )
                 ) SS:
COUNTY OF Dade )

BEFORE ME, an officer duly authorized in the County and State aforesaid to take oaths and acknowledgments, personally appeared ___Csaba Ferenczi___, on behalf of Reedom Holdings, Inc., f/n/a Reedom Realty, Inc., d/b/a Century 21 Reedom Realty who executed the foregoing instrument and acknowledged to me that said instrument was executed for the purposes therein expressed. She/He is personally known to me or produced as identification ___Florida DL___.

Dated this 27' day of Dec, 2000.

_____
NOTARY PUBLIC
State of Florida
_____ County
Name: Mark H Goldberg
Commission Number _____
My Commission Expires: _____

Mark H. Goldberg
MY COMMISSION # CC930154 EXPIRES
May 19, 2004
BONDED THRU TROY FAIN INSURANCE, INC

3

CASE NO. 00-6205 CIV-LENARD

IN WITNESS WHEREOF, <u>Csaba Ferenczi</u> has caused this Stipulation to be duly executed this ___ day of _____, 2000.

CSABA FERENCZI

BY _____
Csaba Ferenczi

STATE OF <u>FLORIDA</u> )
                      ) SS:
COUNTY OF <u>BROWARD</u> )

BEFORE ME, an officer duly authorized in the County and State aforesaid to take oaths and acknowledgments, personally appeared <u>Csaba Ferenczi</u> who executed the foregoing instrument and acknowledged to me that said instrument was executed for the purposes therein expressed. He is personally known to me or produced as identification <u>FL D.L.</u>.

Dated this ___ day of _____, 2000.

Mark H. Goldberg
MY COMMISSION # CC930154 EXPIRES
May 19, 2004
BONDED THRU TROY FAIN INSURANCE, INC.

NOTARY PUBLIC
State of _Florida_
_Broward_ County
Name: _Mark H. Goldberg_
Commission Number _____
My Commission Expires:_____

4