UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CENTURY 21 REAL ESTATE
CORPORATION,
a Delaware corporation,

    Plaintiff,

v.

REEDOM HOLDING, INC., f/n/a
REEDOM, INC., d/b/a CENTURY 21
REEDOM REALTY, INC. and CSABA
FERENCZI,

    Defendants.

CC-6205-CIV-Lenard



FILED by _____ D.

JAN 0 5 2001

CLERK ...
S.D. OF FLA ...

## CONSENT INJUNCTION

This matter having been brought before the Court by Plaintiff, Century 21 Real Estate Corporation ("Century 21"), by and through its attorneys, Buchanan Ingersoll, P.A., and by Defendants Reedom Holdings, Inc., and Csaba Ferenczi, (collectively "defendants"), by and through their attorneys, Hartman & Goldberg and the parties hereto having consented to the terms and conditions of the within Order,

IT IS HEREBY ORDERED AND ADJUDGED that

Effective immediately, defendants and their employees, officers, agents, members, affiliates, subsidiaries, independent contractors, and all those who act in concert or participation with it, are hereby permanently enjoined and restrained from marketing, promoting, or offering real estate brokerage services at 917 North Federal Highway, Hollywood, Florida or at any other location, such that the origin of defendants' goods or services are falsely designated as being those of CENTURY 21, including,

without limitation, the use of any and all print or telecommunications advertisements, drafts, labels, signs, flyers, billboards, stationery, envelopes, applications, booklets, brochures, catalogues, manuals, clothing, circulars, pamphlets, periodicals, bulletins, instructions, minutes, other communications, purchase orders, contracts, agreements, options to purchase, deeds, memoranda of agreements, assignments, licenses, books of account, orders, accounts, working papers, and plans that employ or relate, in any manner, to CENTURY 21's trade names, service marks and trademarks.

DONE AND ORDERED in Chambers in Fort Lauderdale, Florida, this 5 day of January, 2001.

_____
DISTRICT COURT JUDGE

**Copies furnished to:**
Jill Cook-Edwards, Esq.
Mark Goldberg, Esq.