UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CENTURY 21 REAL ESTATE
CORPORATION,
a Delaware corporation,

    Plaintiff,

v.

REEDOM HOLDING, INC., f/n/a
REEDOM, INC., d/b/a CENTURY 21
REEDOM REALTY, INC. and CSABA
FERENCZI,

    Defendants.

CASE NO. 00-6205 CIV-LENARD



FILED by ___ XG ___ D.

JAN 0 5 2001

CLERK ... T.
S.D. OF FLA. MIAMI

## AGREED ORDER ON STIPULATION OF SETTLEMENT

THIS CAUSE, having come before the Court on the Stipulation of Settlement filed by Plaintiff, Century 21 Real Estate Corporation ("CENTURY 21"), and Defendants Reedom Holdings, Inc., f/n/a Reedom Realty, Inc., d/b/a Century 21 Reedom Realty ("Reedom"), and Csaba Ferenczi ("Ferenczi"), and the Court, having reviewed the Stipulation and being otherwise advised in the premises, it is hereby

ORDERED AND ADJUDGED that

    (a)    This Cause is dismissed with prejudice;

    (b)    The parties shall comply with all of the provisions of the Consent Injunction entered by this Court;

    (c)    The parties shall execute mutual releases with regard to this matter, with the exception of the scope of the performances required under the Consent Injunction and this Order, within 15 days from the date of this Order;

CASE NO. 00-6205 CIV-LENARD

  (d) Each party shall bear its respective costs and attorneys' fees; and

  (e) This Court retains jurisdiction over the parties to enforce the terms of the Consent Injunction and the Stipulation entered by the parties dated this _5_ day of January, 2001.

                _____
                DISTRICT COURT JUDGE

**Conformed Copies to:**
Jill Cook-Edwards, Esq.
Mark Goldberg, Esq.

2